*E-FILED 08-22-2011*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRAGMATIC MARKETING, INC.           )
                                    )   Civil Action No.5:11-cv-01766-HRL
    Plaintiff,                      )
                                    )
        v.                          )   ORDER GRANTING STIPULATION TO
                                    )   ENLARGE TIME TO RESPOND TO
PINKESH SHAH                        )   COMPLAINT AND SUBSEQUENT DUE
and                                 )   DATES
ADAPTIVE MARKETING                  )
                                    )   [Re:  Docket No. 15]
    Defendants.                     )

## ORDER GRANTING STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLANT AND SUBSEQUENT DUE DATES

THIS CAUSE is before the Court upon the Parties' Stipulation to Enlarge Time to Respond to Complaint and Subsequent Due Dates.  The Court, having considered the Motion, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion is GRANTED.

1. Defendants shall respond to the Complaint by October 14, 2011.

2. Parties Meet and Confer shall be held no later than October 22, 2011.

3. Parties shall submit a Case Management Statement no later than November 5, 2011.

4. Initial Case Management Conference ~~shall be extended sixty (60) days and be rescheduled at the court's discretion~~ **is continued to November 15, 2011, 1:30 p.m. in Courtroom 2.**

**SO ORDERED** , this  22nd  day of August, 2011.

_____
Hon. Howard R. Lloyd, United States ~~District~~ Judge
                                    Magistrate

Copies to:  All counsel of Record