*E-FILED 10-17-2011*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATIC MARKETING, INC. | Civil Action No.5:11-cv-01766-HRL |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT |
| PINKESH SHAH and ADAPTIVE MARKETING | [Re: Docket No. 18] |
| Defendants. | |

## ORDER GRANTING STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLANT ~~AND SUBSEQUENT DUE DATES~~

THIS CAUSE is before the Court upon the Parties' Stipulation to Enlarge Time to Respond to Complaint. The Court, having considered the Motion, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion is GRANTED.

1. Defendants shall respond to the Complaint by October 28, 2011.
2. All other scheduling dates remain as previously-ordered.

ORDERED, this 17th day of October, 2011.



_____
Hon. Howard R. Lloyd, United States Magistrate Judge

Copies to: All counsel of Record